SAMUEL SANKEY, PETITIONER, *v.* WALTER H. LEVY, JUDGE of the SUPERIOR COURT, RESPONDENT.

MANDAMUS — JUSTICE'S COURT — APPEAL — TRIAL BY SUPERIOR COURT — FAILURE TO FILE FINDINGS. — A writ of mandate will not lie to compel the Superior Court to restore to its calendar a case tried by it on an appeal from a Justice's Court, in which judgment was rendered without filing findings of fact.

APPLICATION for a writ of mandate to the Superior Court of the city and county of San Francisco. The facts are stated in the opinion of the court.

*Samuel Sankey, in pro. per.*, for Petitioner.

*Naphtaly, Freidenrich & Ackerman*, for Respondent.

The COURT. — This is an application for a writ of mandate to compel the respondent to restore to the calendar of the Superior Court a case tried in that court some two years ago on appeal from a Justice's Court. The ground of the application is, that the Superior Court rendered judgment in the case without filing findings of fact. But at most this was but error, for the correction of which *mandamus* does not lie.

Writ denied, and proceedings dismissed.